IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-31-KS

| | |
|---|---|
| PHILLIP M. BELL, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration, | ) |
| Defendant. | ) |

For good cause shown, Defendant's motion to appear telephonically at the oral argument hearing scheduled for November 30, 2021 [DE #29] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which is available on the court's website at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 2nd day of November 2021.

KIMBERLY A. SWANK
United States Magistrate Judge