UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| PHILLIP BELL,<br>      Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>*Acting Commissioner of*<br>*Social Security,*<br>      Defendant. | **JUDGMENT**<br><br>Case No. 2:20-CV-31-KS |

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Plaintiff's motion for attorney fees.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $186.75.

This judgment filed and entered on March 27, 2023, with *electronic service* upon:

**Angela Cinski**
*Counsel for Plaintiff*

**Cassia Parson**
**Amanda Gilman**

*Counsel for Defendant*

                                               **PETER A. MOORE, JR.**
                                               **CLERK, U.S. DISTRICT COURT**

March 27, 2023                                        /s/ *Shelia D. Foell*
                                                   (By): Shelia D. Foell, Deputy Clerk